■ CURT G. EPSTEIN et al., Respondents, v EMPIRE MUTUAL INSURANCE COMPANY et al., Appellants, and REVA R. GROSSMAN et al., Respondents. — Appeal from a declaratory judgment of the Supreme Court in favor of plaintiffs, entered April 18, 1980 in Sullivan County, upon a decision of the court at a Trial Term, without a jury. Judgment affirmed, without costs, on the opinion of Mr. Justice Harold Hughes at Trial Term. Mahoney, P.J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.